**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
LITTLE ROCK DIVISION**

JASON VON SHAVER                                                                                        PLAINTIFF

V.                                          NO: 4:15CV00216 JM/JWC

CHERYL EOFF *et al*                                                                                  DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Partial Recommended Disposition submitted by United States Magistrate Judge Jerry W. Cavaneau. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Partial Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED THAT Plaintiff's claims against the Conway County Detention Center are DISMISSED WITH PREJUDICE, and the Conway County Detention Center is removed as a party Defendant.

DATED this 1st day of May, 2015.

_____
UNITED STATES DISTRICT JUDGE