# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# LITTLE ROCK DIVISION

JASON VON SHAVER                                            PLAINTIFF

V.                      NO: 4:15CV00216 JM

CHERYL EOFF *et al*                                      DEFENDANTS

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice; the relief sought is denied. The Court certifies that an *in forma pauperis* appeal is considered frivolous and not in good faith.

DATED this 7th day of October, 2015.

_____
UNITED STATES DISTRICT JUDGE